## (June 26, 1961)

■ MAX M. ABELSON, Appellant, v. MOLLY C. ABELSON, Respondent.— Motion by appellant to stay payment of part of temporary alimony awarded by the order appealed from, pending appeal, denied. On the court's own motion,

the printing of the income tax return is dispensed with, on condition that one photostatic copy be handed up on the argument of the appeal and that one such copy be served on respondent together with appellant's brief. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.